Billy GRISSO *v.* STATE of Arkansas

CR 88-84                                    763 S.W.2d 661

Supreme Court of Arkansas
Opinion delivered February 6, 1989

*Appellant*, pro se.

*Steve Clark*, Att'y Gen., by: *J. Brent Standridge*, Asst. Att'y Gen., for appellee.

DARRELL HICKMAN, Justice. ■ This appeal, from a denial of Rule 37 relief, is affirmed because of a complete failure to abstract the record. *Bryant* v. *Lockhart*, 288 Ark. 302, 705 S.W.2d 9 (1986). It also involves an untimely petition filed beyond the three year limit, A.R.Cr.P. Rule 37.2(c), and it is a second petition for postconviction relief. *Collins* v. *State*, 280 Ark. 312, 657 S.W.2d 546 (1983).

Affirmed.